UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                         Case No. 8:06-cv-1134-T-24TGW

THE REAL PROPERTY, INCLUDING ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO, LOCATED AT 3317 W. PARIS STREET, TAMPA, FLORIDA 33614, WHICH IS LEGALLY DESCRIBED AS: LOT 13, BLOCK 2, OF CORRECTED PLAT OF IDLE GROVE PARK UNIT # 1, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 38, PAGE 37 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; AND THE REAL PROPERTY, INCLUDING ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO, LOCATED AT 316 W. PARK AVENUE, TAMPA, FLORIDA 33602, WHICH IS LEGALLY DESCRIBED AS: EAST 40 FEET OF LOT 4, BLOCK 4, WEST HIGHLANDS, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 37, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, ALL LYING AND BEING IN SECTION 13, TOWNSHIP 29 SOUTH, RANGE 18 EAST, AND WEST 20 FEET OF LOT 4 AND EAST 20 FEET OF LOT 5, BLOCK 4, WEST HIGHLANDS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 37, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, ALL LYING AND BEING IN SECTION 13, TOWNSHIP 29 SOUTH,: RANGE 18 EAST,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the Bank of Tampa's Motion to Dismiss. (Doc. No. 17). Plaintiff opposes the motion. (Doc. No. 16).

Plaintiff filed a complaint for civil forfeiture of certain properties, one of which is described in the complaint as follows:

> The real property, including all improvements thereon and appurtenances thereto, located at 316 W. Park Avenue, Tampa, Florida 33602, which is legally described as follows:
>
> East 40 feet of Lot 4, Block 4, WEST HIGHLANDS, according to the plat thereof, as recorded in Plat Book 2, Page 37, of the Public Records of Hillsborough County, Florida, all lying and being in Section 13, Township 29 South, Range 18 East.
>
> Folio No.: 192016.0000
>
> And
>
> West 20 feet of Lot 4 and East 20 feet of Lot 5, Block 4, WEST HIGHLANDS, according to the plat thereof, as recorded in Plat Book 2, Page 37, of the Public Records of Hillsborough County, Florida, all lying and being in Section 13, Township 29 South, Range 18 East.
>
> Folio No.: 192015.0000

(Doc. No. 1). The Bank of Tampa argues that Plaintiff is seeking to forfeit real property located at 316 West Park Avenue (Folio No.: 192016.0000), but that Plaintiff also includes the legal description for property located at 314 West Park Avenue (Folio No.: 192015.0000) in the complaint. As such, the Bank of Tampa argues that the forfeiture action should be dismissed as to the property located at 314 West Park Avenue.

Plaintiff responds that while the real properties located at 314 West Park Avenue and 316 West Park Avenue were once two distinct and separate properties, they were deeded together to K. Scott Bruce and Scott J. Buttelwerth in March of 2004. (Doc. No. 16, Ex. A). Furthermore, Plaintiff responds that at this time, the properties have been combined and one house is located

on both properties.  Plaintiff asserts that the house and the real properties on which the house is located are subject to forfeiture.  As such, Plaintiff contends that the motion to dismiss should be denied.

The Court agrees with Plaintiff that the motion should be denied.  Since the complaint lists the legal description for both 314 West Park Avenue and 316 West Park Avenue, the fact that the complaint does not list 314 West Park Avenue as an address for the property does not make the complaint subject to dismissal as to that property.

Accordingly, it is ORDERED AND ADJUDGED that the Bank of Tampa's Motion to Dismiss  (Doc. No. 17) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record